

# IN THE
# TENTH COURT OF APPEALS

### Nos. 10-22-00107-CR and
### 10-22-00108-CR

## IN RE LISA MARIE KENNEDY

### Original Proceeding

### From the County Court at Law
### Walker County, Texas
### Trial Court Nos. 21-0778 and 21-0779

## MEMORANDUM OPINION

In these proceedings, filed on April 18, 2022, Lisa Marie Kennedy requests mandamus relief against the Walker County Clerk. We do not have mandamus jurisdiction to compel the county clerk to take any action except in rare circumstances which are not present here. *See* TEXAS GOV'T CODE § 22.221(a), (b); *see also In re Simmonds*, 271 S.W.3d 874, 879 (Tex. App.—Waco 2008, orig. proceeding).

Accordingly, Kennedy's requests for mandamus relief against the Walker County Clerk are dismissed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
  Justice Johnson, and
  Justice Smith
Petitions dismissed
Opinion delivered and filed April 27, 2022
Do not publish
[OT06]

